```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                        CASE NO. 04 B 37122
    WALTER JOHN TARCZON
                                              CHAPTER 13

                                              JUDGE: JACQUELINE P COX

        Debtor
    SSN XXX-XX-6725

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 10/06/2004 and was confirmed 12/20/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  37.41%.

     The case was paid in full 04/28/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                              PAID            PAID
--------------------------------------------------------------------------------
AMERICAN EXPRESS TRAVEL   UNSECURED         4330.67            .00         1620.02
LVNV FUNDING LLC          UNSECURED         6949.96            .00         2599.84
CAPITAL ONE BANK          UNSECURED OTH    1169.73            .00          436.10
CHRYSLER FINANCIAL DAIML  UNSECURED        NOT FILED           .00             .00
CITIFINANCIAL             UNSECURED        NOT FILED           .00             .00
ECAST SETTLEMENT CORP     UNSECURED         7905.56            .00         2957.31
ECAST SETTLEMENT CORP     UNSECURED         7500.61            .00         2805.83
ECAST SETTLEMENT CORP     UNSECURED        13416.54            .00         5018.86
RESURGENT CAPITAL SERVIC  UNSECURED OTH    4529.22            .00         1695.88
MARSHALL FIELDS           UNSECURED        NOT FILED           .00             .00
VERIZON WIRELESS          UNSECURED        NOT FILED           .00             .00
PETER FRANCIS GERACI      DEBTOR ATTY       2,700.00                      2,700.00
TOM VAUGHN                TRUSTEE                                         1,166.16
DEBTOR REFUND             REFUND                                            400.07

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                         RECEIPTS             DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                  21,400.07

PRIORITY                                             .00
SECURED                                              .00
UNSECURED                                      17,133.84
ADMINISTRATIVE                                  2,700.00
TRUSTEE COMPENSATION                            1,166.16
DEBTOR REFUND                                     400.07
                         --------------       --------------
TOTALS                   21,400.07             21,400.07
```

PAGE  1 - CONTINUED ON NEXT PAGE
    CASE NO. 04 B 37122 WALTER JOHN TARCZON

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                      /s/ Tom Vaughn
Dated: 07/28/08                       _____
                                      TOM VAUGHN
                                      CHAPTER 13 TRUSTEE
```

```
                            PAGE    2
       CASE NO. 04 B 37122 WALTER JOHN TARCZON
```